IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TARENT BRYANT, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 5:09-cv-281 (HL) |
| Mr. CARTER, et al., | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

Before the Court is the Report and Recommendation (Doc. 5) entered on August 18, 2009, of United States Magistrate Judge Claude W. Hicks, Jr., in which the Magistrate Judge recommends that certain claims in Plaintiff's Complaint (Doc. 1) be dismissed as frivolous. Plaintiff has filed an objection (Doc. 7). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's objections and has made a de novo determination of the portions of the Recommendation to which he objects.

After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, Plaintiff's claims that Defendant Tillman failed to perform her job, that unnamed prison officials failed to respond to his grievances, and that he requests to be transferred back to Autry State prison are dismissed as frivolous.

**SO ORDERED**, this the 10th day of June, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc